```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13815
   CARLOS GRANADOS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0922


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/01/2007 and was not confirmed.

     The case was dismissed without confirmation 11/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
HARRIS BANK                SECURED NOT I       .00            .00            .00
TURNER ACCEPTANCE          SECURED NOT I       .00            .00            .00
TURNER ACCEPTANCE          UNSEC W/INTER NOT FILED            .00            .00
PIERCE & ASSOC             SECURED NOT I       .00            .00            .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG       .00            .00            .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE  10012.00            .00            .00
WILSHIRE CREDIT CORP       CURRENT MORTG       .00            .00            .00
AMSHER COLLECTION SERVIC   UNSEC W/INTER NOT FILED            .00            .00
WILSHIRE CREDIT CORP       MORTGAGE ARRE  37344.01            .00            .00
WILSHIRE CREDIT CORPORAT   NOTICE ONLY   NOT FILED            .00            .00
THAYER C TORGERSON         DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                       1,000.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    1,000.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    1,000.00
                          ---------------      ---------------
TOTALS                     1,000.00              1,000.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 13815 CARLOS GRANADOS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE